FILED

2003 DEC -1 A 8: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL CHRISTENSON | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:02CV377 (AHN) |
| | : | |
| v. | : | |
| | : | |
| CAPEWELL COMPONENTS, LLC | : | NOVEMBER 17, 2003 |
| Defendant | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs to either party.

THE PLAINTIFF,                          THE DEFENDANTS

By_____              By: _____
Mary E. Kelly, (ct07419)                Brenda A. Eckert (ct23469)
Deborah L. McKenna (ct17326)            Gabriel J. Jiran (ct 23469)
Livingston, Adler, Pulda,               Shipman & Goodwin LLP
  Meiklejohn & Kelly, P.C.              One American Row
557 Prospect Avenue                     Hartford, CT 06103-2819
Hartford, CT 06105-2922                 (860) 251-5712