FILED

2003 DEC -1 A 8: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL CHRISTENSON | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:03CV377 (AHN) |
| | : | |
| v. | : | |
| | : | |
| CAPEWELL COMPONENTS, LLC | : | NOVEMBER 17, 2003 |
| Defendant | : | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs to either party.

THE PLAINTIFF,

By _____
Mary E. Kelly, (ct07419)
Deborah L. McKenna (ct17326)
Livingston, Adler, Pulda,
  Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

THE DEFENDANTS

By: _____
Brenda A. Eckert (ct23469)
Gabriel J. Jiran (ct 23469)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5712

12/05/03. APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.